938 A.2d 987

**GRAPHIC PACKAGING, INC., Petitioner,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ZINK), Respondents.**

Supreme Court of Pennsylvania.

Dec. 20, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of December, 2007, the Petition for Allowance of Appeal is hereby **DENIED** and the application for supersedeas is **DENIED as MOOT.**